UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Kwabena Leizon Skinner                                       Docket No. 2:10-CR-29-1BR

**Petition for Action on Term of Supervised Release**

    COMES NOW Tuell Waters, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kwabena Leizon Skinner, who, upon an earlier plea of guilty to Distribution of More Than Fifty (50) Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on July 5, 2011, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

    Kwabena Leizon Skinner was released from custody on September 13, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 27, 2014, the defendant provided a urine sample which was submitted to Alere Toxicology for testing. On November 2, 2014, the laboratory results reported the sample was positive for cocaine. On November 21, 2014, Skinner acknowledged the validity of the laboratory test and accepted responsibility. It is, therefore, respectfully recommended that the conditions of supervised release be modified to include participation in a cognitive behavioral program and the DROPS program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ Tuell Waters |
| Dwayne K. Benfield | Tuell Waters |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street Room 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-830-2344 |
| | Executed On: November 24, 2014 |

**Kwabena Leizon Skinner**
**Docket No. 2:10-CR-29-1BR**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___26___ day of ___November___, 2014 and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge